**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 15, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––
WD78129     Carlos Melgar vs. State of Missouri
WD78299     Gary W. Cook & Michael A. Cook vs. William D. McElwain & Sharon E.
         McElwain
WD78382     Eva Dean Gibson, by and Through Plantiff Ad
         Litem Lovella Dean Lawson vs. Wilford H.  Watson Jr. & M. Diane
         Watson
WD78854     Lisa Duncan vs. City of Kansas City & Division of Employment Security



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––
NONE